IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02536-MSK-PAC

JOHN CUNNINGHAM, and
MICHELLE CUNNINGHAM,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER having come before the Court on the STIPULATION FOR DISMISSAL WITH PREJUDICE **(#13),** and the Court being fully advised therein, hereby adopts the Stipulation of the parties.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action shall be and is hereby dismissed with prejudice, each party to bear their own costs and fees. The Clerk is instructed to close this case.

Dated this 11th day of April 2006.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge